AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SERGIO ESPINOSA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-21703-Martinez/Otazo-Reye |
| FIRST CONTACT, LLC, IENERGIZER, INC., CONVERGENT OUTSOURCING, INC., AND EGS, LLC., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* First Contact, LLC
c/o Dan Montenaro, Manager
200 Central Avenue, 7th Floor
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
4030 Henderson Blvd.
Tampa, FL 33629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SERGIO ESPINOSA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-21703-Martinez/Otazo-Reye |
| FIRST CONTACT, LLC, IENERGIZER, INC., CONVERGENT OUTSOURCING, INC., AND EGS, LLC., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* iEnergizer, Inc.
11009 Metric Blvd.,
Building J, #150
Austin, Texas 75252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
4030 Henderson Blvd.
Tampa, FL 33629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2018

Steven M. Larimore
Clerk of Court



SUMMONS

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SERGIO ESPINOSA<br><br>*Plaintiff(s)*<br>v.<br><br>FIRST CONTACT, LLC, IENERGIZER, INC., CONVERGENT OUTSOURCING, INC., AND EGS, LLC.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-cv-21703-Martinez/Otazo-Reye |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Convergent Outsourcing, Inc.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
4030 Henderson Blvd.
Tampa, FL  33629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2018

Steven M. Larimore
Clerk of Court



SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SERGIO ESPINOSA<br><br>*Plaintiff(s)*<br>v.<br>FIRST CONTACT, LLC, IENERGIZER, INC., CONVERGENT OUTSOURCING, INC., AND EGS, LLC.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-cv-21703-Martinez/Otazo-Reye |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EGS, L.L.C
c/o BKM Florida Agent Corp.
14250 Royal Harbour Court, #313
Ft. Myers, FL 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
4030 Henderson Blvd.
Tampa, FL 33629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts