# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:18-CV-21703-JEM

Plaintiff:
**SERGIO ESPINOSA**

vs.

Defendant:
**FIRST CONTACT, LLC, ET AL.**


TPL2018061160

For:
Heather H. Jones, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

Received by Randy Medina on the 18th day of May, 2018 at 12:53 pm to be served on **FIRST CONTACT, LLC. C/O DAN MONTENARO, MANAGER, 200 CENTRAL AVENUE, 7TH FLOOR, ST. PETERSBURG, FL 33701.**

I, Randy Medina, do hereby affirm that on the **21st day of May, 2018** at **3:16 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Naida Vera** as **Assistant** a person authorized to accept service for
**FIRST CONTACT, LLC. C/O DAN MONTENARO, MANAGER**, at the address of: **200 CENTRAL AVENUE, 7TH FLOOR, ST. PETERSBURG, FL 33701**, and informed said person of the contents therein, in compliance with F.S. 48.081.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'7", Weight: 120, Hair: Light Brown, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. The service, date, time, my initials and/or name, and identification number, if required by state statute, were listed on the documents served.

F.S. 92.525, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THE FACTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

DATE: 5/22/18

Randy Medina
APS 58263

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2018061160
Ref: ESPINOSA, SERGIO

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n