## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:18-CV-21703-JEM

Plaintiff:
**SERGIO ESPINOSA**

vs.

Defendant:
**FIRST CONTACT, LLC, ET AL.**


TPL2018061164

For:
Heather H. Jones, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

Received by TROPICAL SURVEILLANCE & INVESTIGATIONS, INC on the 17th day of May, 2018 at 5:34 pm to be served on **CONVERGENT OUTSOURCING INC. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Sandra M. Quinones, being duly sworn, depose and say that on the **18th day of May, 2018** at **3:00 pm**, I:

**Served** the within named corporation by delivering a true copy of the **Summons in a Civil Action and Amended Complaint** with the date and hour of service endorsed thereon by me to **Donna Moch** as **Senior Copr Ops Manager** of CT Corporation System at **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** who is the **Registered Agent** of the within named corporation, after informing said person of the contents of the matter thereof in compliance with FL State Statutes 48.091.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 155, Hair: BRN, Glasses: N

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: _____.

Subscribed and Sworn to before me on the ____ day of _____ by the affiant who is personally known to me.

NOTARY PUBLIC
CRYSTAL MICHELIN
Commission # GG 193422
Expires April 2, 2022
Bonded Thru Budget Notary Services

**Sandra M. Quinones**
Special Process Server #394

**TROPICAL SURVEILLANCE & INVESTIGATIONS, INC**
P.O. Box 10961
Tampa, FL 33679
(813) 258-8885

Our Job Serial Number: TPL-2018061164
Ref: ESPINOSA, SERGIO

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p