## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:18-CV-21703-JEM

Plaintiff:
**SERGIO ESPINOSA**

vs.

Defendant:
**FIRST CONTACT, LLC, ET AL.**


TPL2018061162

For:
Heather H. Jones, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

Received by TROPICAL SURVEILLANCE AND INVESTIGATIONS on the 17th day of May, 2018 at 5:26 pm to be served on **EGS FINANCIAL CARE, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Wyatt Kady, do hereby affirm that on the **18th day of May, 2018** at **12:30 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons in a Civil Action and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **GWEN BUTLER** as **CUSTOMER SERVICE SPECIALIST** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **EGS FINANCIAL CARE, INC.**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
Latitude: 30.4426974; Longitude: -84.2632051

Description of Person Served: Age: 68, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 180, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Wyatt Kady
Process Server 249

TROPICAL SURVEILLANCE AND
INVESTIGATIONS
Po Box 173019
Tampa, FL 33672
(813) 258-8885

Our Job Serial Number: TPL-2018061162
Ref: ESPINOSA, SERGIO

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p