UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SERGIO ESPINOSA

    Plaintiff,

vs.

FIRST CONTACT, LLC, IENERGIZER, INC., CONVERNGENT OUTSOURCING, INC., AND EGS FINANCIAL CARE, INC.

    Defendants.

CASE NO.: 1:18-cv-21703-JEM

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
AGAINST DEFENDANT IENERGIZER, INC.**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Sergio Espinosa, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant, IENERGIZER, INC. only.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this June 8, 2018, to all parties of record.

Respectfully submitted,

/s/ *Heather H. Jones*
Heather H. Jones, Esquire
Florida Bar No.: 0118974
William Peerce Howard, Esq.
Florida Bar No.: 0103330
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Attorney for Plaintiff