UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-21703-CIV-MARTINEZ-OTAZO-REYES

SERGIO ESPINOSA,
    Plaintiff,

vs.

FIRST CONTACT, LLC, et al.,
    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EGS FINANCIAL CARE, INC.

THIS MATTER is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice as to Defendant, EGS Financial Care, Inc., Only [ECF No. 39]. It is hereby:

**ORDERED AND ADJUDGED** that

1. This action is **DISMISSED WITH PREJUDICE solely** as to Defendant EGS Financial Care, Inc. Each party shall bear its own attorneys' fees and costs, except as provided in the parties' Settlement Agreement.

2. This case remains open as to the remaining Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of October, 2018.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record